IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 3-98-CR-299-R |
| ) | (Fifth Circuit No. 05-10633) |
| TEDDY WAYNE SOLOMON ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 6 2005
CLERK, U.S. DISTRICT COURT
by ____

## O R D E R

On this day came on to be considered the Report and Recommendation of the United States Magistrate Judge recommending that an additional thirty (30) days be granted within which to file Defendant's notice of appeal from the District Court's order entered on April 13, 2005, and

IT IS ORDERED that the recommendation of the magistrate judge is adopted and that Defendant is granted an additional thirty (30) days from April 27, 2005, in which to have filed a timely notice of appeal. See F.R.A.P. 4(b)(4).

A copy of this order shall be transmitted to Defendant Teddy Wayne Solomon at P. O. Box 26020, Beaumont, Texas 77720-6020.

SIGNED this ___6___ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE